# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLE SASSON, MAGA TEAM (HONG KONG) LTD. and ELLE MOORE & G LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HACHETTE FILIPACCHI PRESSE SA d/b/a ELLE MAGAZINE,<br><br>Defendant. | Civil Action No. 15-CV-00194 (VM)<br><br>**FIRST AMENDED COMPLAINT FOR DECLARATION OF NON-INFRINGEMENT AND NON-DILUTION OF TRADEMARK**<br><br>**ECF CASE** |

1.      Plaintiffs Elle Sasson, Maga Team (Hong Kong) Ltd. and Elle Moore & G LLC by and through their undersigned attorneys, for their First Amended Complaint against defendant Hachette Filipacchi Presse SA d/b/a Elle Magazine ("Hachette" or "Defendant"), allege as follows:

## INTRODUCTION

2.      Plaintiff Elle Sasson is a fashion designer that has met with substantial consumer and trade acclaim and sales success, ever since the introduction of her first fashion line in early 2014.  Plaintiffs Maga Team (Hong Kong) Ltd. and Elle Moore & G LLC are business entities that manufacture, distribute and sell the branded clothing products of Elle Sasson.

3.      Defendant is the proprietor of the magazine ELLE and the owner of its associated ELLE intellectual property registrations.  Defendant has (i) sent a cease and desist letter to Elle Sasson and her father and business partner Maurice Sasson regarding their use and registration of the mark ELLE SASSON and (ii) commenced an

1

opposition proceeding against the trademark application for ELLE SASSON in an attempt to control the manner in which Elle Sasson <u>uses her own natural name</u> and brand "Elle Sasson" in the fashion marketplace.  If unimpeded and successful, Defendant's actions will cause irreparable harm to Plaintiffs' business activities.

## NATURE OF ACTION

4.   This is an action for declaratory judgment which arises under the Lanham Act, 15 U.S.C. § 1051, *et seq.*  By this action, Plaintiffs seek a declaration that they have not infringed upon or diluted the asserted trademark rights of Defendant in the mark ELLE by virtue of Plaintiffs' use, distribution, sales and/or other related activities under Ms. Sasson's natural name and brand "Elle Sasson" in the fashion marketplace.

## JURISDICTION AND VENUE

5.   This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338 with respect to the claims arising under the Lanham Act, 15 U.S.C. § 1051, *et seq.* and pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq.*

6.   Venue is proper in this district pursuant to 28 U.S.C. § 1391 because this is an action brought pursuant to the Lanham Act and a substantial part of the events giving rise to Defendant's claims occurred within this district.

## THE PARTIES

7.   Elle Sasson is a citizen of the United States, and as noted, is actively involved in all aspects of the fashion business, under her natural name and brand "Elle Sasson."

8.      Maga Team (Hong Kong) Ltd. is a corporation organized under the laws of the British Virgin Islands, with a mailing address at P.O. Box 915, Road Town, Tortola, British Virgin Islands.  The designer Elle Sasson is a principal of this entity.

9.      Maga Team (Hong Kong) Ltd. is the owner of the ELLE SASSON trademark and brand in the United States and internationally, and the manufacturer and exporter of "Elle Sasson" branded clothing.

10.     Elle Moore & G LLC is a limited liability company organized and existing under the laws of the State of New York, with an address at 437 Madison Avenue, 40th Floor, New York, New York 10022.

11.     Elle Moore & G LLC controls and oversees various activities with respect to "Elle Sasson" branded clothing in the United States, including importation, distribution, and sales activities in the fashion marketplace.

12.     Hachette is a corporation organized and existing under the laws of France with a principal place of business at 149, rue Anatole France, Levallois-Perret Cedex, 92534, France.   Upon information and belief, Hachette and/or companies under its direction and control, have offices in New York, New York.

13.     Hachette is the proprietor of ELLE magazine, and the owner of its related ELLE United States trademark registrations.

14.     Personal jurisdiction over Hachette exists because Hachette (i) transacts business within this State and judicial district through its ELLE magazine and other activities, (ii) regularly does or solicits business within this State and judicial district, (iii) derives substantial revenue from intrastate and interstate commerce; (iv) has committed

tortious acts having injurious consequences within this State and judicial district, and (v) because Hachette expected or should have reasonably expected its tortious acts to have injurious consequences to Plaintiffs within this State and judicial district.

## FACTUAL BACKGROUND

### Elle Sasson's Fashion Line and Growth

15.    The designer Elle Sasson was born in 1988 in New York City to fashion icon Maurice Sasson and his wife.  A copy of her birth certificate is attached as **Exhibit A**.

16.    Ms. Sasson trained with the well-known designers Alice + Olivia and Derek Lam in New York before branching off to create her own label.

17.    In Spring 2014, Plaintiffs, under the direction and guidance of Ms. Sasson, began using the ELLE SASSON mark in commerce by releasing the first line of "Elle Sasson" branded women's daytime wear.  Photographs of pieces from this collection and her 2015 collections are attached as **Exhibit B**.  Plaintiffs intend to expand their activities in the fashion marketplace to other fashion products and services.

18.    Plaintiff Elle Moore & G LLC imports and distributes "Elle Sasson" branded clothing in the United States.

19.    10eleven, on information and belief one of the most influential multi-line showrooms in the country, has accepted "Elle Sasson" clothing into its New York and Los Angeles showrooms.  The "Elle Sasson" clothing is displayed alongside the clothing of such iconic designers as Diane Von Furstenberg.  10eleven is responsible for promotion, offering for sale and sales of the "Elle Sasson" brand in the U.S., with the

support of plaintiffs Elle Sasson and Elle Moore & G LLC.

20.     Since their introduction, Plaintiffs' "Elle Sasson" garments have received praise from prominent members of the fashion press.

21.     Refinery29, on information and belief the largest independent fashion and style website in the Unites States and the fastest growing media company on the 2013 Inc. 500 list, in an article entitled "New Designer Crush! An NYC Line We'll Wear All Spring" stated that they were "already kind of die-hard fans" and that Elle Sasson was a "new It designer."  A copy of this online article is attached as **Exhibit C**.

22.     Style.com, on information and belief the most-visited women's fashion magazine site online, stated that "Elle Sasson strikes a balance" and lauded her for her "razor-sharp focus."  A copy of this online article is attached as **Exhibit D**.

23.     The Zoe Report, the website of famed fashion stylist and reality television star Rachel Zoe, in an article entitled "Obsessed: Elle Sasson's LA-Inspired Collection," said that Ms. Sasson's "namesake line features ultra-cool cuts with a feminine, California-inspired twist we're dying to get our hands on."  The article further stated that they "adore her ready to wear line." A copy of this online article and the relevant portions of its webpage is attached as **Exhibit E**.

24.     The fashion magazine Teen Vogue, in an article entitled "Palm Trees? Yes Please!  Why Elle Sasson is the New Label We Love," and subtitled "We're crushing hard on the NYC-based designer's debut collection," stated "Count us among the young designer's super-fans".  A copy of this online article is attached as **Exhibit F**.

25.     Women's Wear Daily, on information and belief the most prominent daily

fashion publication in the U.S., featured Elle Sasson for a "New Designer Profile."  A copy of this article is attached as **Exhibit G**.

26.     The fashion magazine Nylon, in a blurb in its April 2014 print version entitled "palm d'or," stated "Elle Sasson's very first collection is full of everything we want to wear right this minute."  A copy of the magazine page featuring this blurb is attached as **Exhibit H**.

27.     Celebrities have also flocked to the "Elle Sasson" brand.  The actress and dancer Julianne Hough wore an "Elle Sasson" brand dress on the cover and in a photo shoot for People Magazine's June 30, 2014 issue.  The cover and excerpts from this People Magazine are attached as **Exhibit I**.

28.     "Elle Sasson" brand's latest line of clothing has also been featured in Self Magazine, Essence magazine and In Style magazine.  Copies of the pages from these magazines featuring "Elle Sasson" clothing are attached as **Exhibit J**.

29.     Defendant's ELLE Magazine itself has applauded Elle Sasson by featuring her clothing in its "25 Ways to Ace Tennis Style" and "50 Dresses Perfect for Summer" slideshows on its website <www.elle.com>.  Excerpts from these slideshows featuring "Elle Sasson" clothing are attached as **Exhibit K**.

30.     The retail fashion marketplace has also responded favorably to Plaintiffs' "Elle Sasson" clothing.

31.     In September 2014, major retailer Bergdorf Goodman featured Elle Sasson's clothing in one of its exterior window displays in its Manhattan flagship location.  Photographs of this display are attached as **Exhibit L**.

32.     Plaintiffs' "Elle Sasson" clothing is currently sold in specialty stores, major U.S. retailers Neiman Marcus and Saks Fifth Avenue, and on websites such as Stylebop and Intermix.

33.     Within this short period, the sales of Plaintiffs' "Elle Sasson" clothing have expanded internationally to countries such as Germany, Dubai, South Korea, United Arab Emirates and Singapore.

### The Sasson Name

34.     The designer Elle Sasson's name, the brand "Elle Sasson," and the associated trademark ELLE SASSON prominently feature the name "Sasson," which has longstanding significance within the fashion industry based upon the exploits in the fashion world of the designer's father Maurice Sasson.

35.     In the mid-1970s, Maurice Sasson started Sasson Jeans, which became a well-known brand and successfully introduced the idea of designer jeans to the world. For the first time, due to their flattering cuts and styles, jeans became a fashion statement.

36.     Women's Wear Daily, in its profile of Elle Sasson, stated that "The name Sasson was synonymous with designer-jean chic in the Seventies and better casual in the Eighties."  See **Exhibit G**.

37.     At its peak in 1984, sales of jeans using the Sasson brand soared well over $100 million.

38.     The Sasson name was extensively licensed on products from watches to lingerie, and the "Oo-la-la Sasson" jingle was sung by members of the New York

Rangers hockey team in popular commercials.

39.     The "Sasson" tradition continues as Sasson brand jeans are currently sold in the major American retailer Walmart.

40.     As a result of these activities, to the public interested in fashion, the designer name and brand "Elle Sasson" continue the Sasson surname and tradition to the present.

**Defendant's Threat of Legal Proceedings Against Plaintiffs**

41.     On or about September 13, 2013, Maurice Sasson and Elle Sasson received a cease and desist letter from counsel for Hachette, with the subject line "OBJECT: USA Hachette Filipacchi Presse."  A copy of the original illegible letter, and a transcribed legible copy, are attached as **Exhibit M**.

42.     Defendant's counsel in said letter took issue with Plaintiffs' use and trademark application for ELLE SASSON, and further threatened legal action against Mr. Sasson and Ms. Sasson. The following are excerpts from said letter:

…Such use and registration will mislead the consumer into conceiving an association or link between you and our client, and may take unfair advantage and or cause detriment to the reputation of our client's earlier mark ELLE and or may dilute the value of our client's famous trademark…

…Moreover, the consumer could be misled into believing that you are an authorized user and/or a licensee and/or an affiliated company or

that there is some sort of arrangement with you. Consequently, the

present letter serves to notify you that the registration and the use of ELLE

SASSON is considered by our client as damaging its exclusivity to ELLE.

Of course, our client reserves any other legal qualification of facts that

further information may reveal…

    …Immediately after receipt of the present letter, undertake formally

and in writing, to cease all use and to never use in the future ELLE

SASSON and/or any equivalent sign and/or any other sign confusingly

similar to the trademark ELLE, whether as a trademark and/or a trade

name and or a shop sign, and or a domain name, with your

acknowledgment of our client's prior rights…

    …Please note that if no response is forthcoming within the above

stipulated deadline, our client expressly reserve its right to take the

appropriate measures including, where necessary, instituting legal

proceedings and or opposition proceedings…

    …This letter is being sent without prejudice to any claims courses

of act ion, damages and equitable relief, attorney's fees and/or defenses,

all of which are hereby reserved.


43.    Upon receipt of this letter, Plaintiffs promptly engaged Defendant in

discussions aimed at resolving all disputes concerning Plaintiffs' use and registration of

the ELLE SASSON mark.  The content of these discussions, which proved to be

unsuccessful, primarily concerned the scope of Plaintiff's use of the ELLE SASSON mark.

44.     In an email dated April 28, 2014, Defendant's counsel stated in part that ██████████████████████████████████████████████████████████████ ███████████████████

45.     In an email dated June 5, 2014, Defendant's counsel stated that ████████ ██████████████████████████████████████████████████████████████ ███████████████

46.     In an email dated June 12, 2014, Defendant's counsel stated that ████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ███████████████

47.     In an email dated August 19, 2014, Defendant's counsel stated that ██ ████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████ ██████████████████████

48.     In an email dated October 22, 2014, Defendant's counsel stated that ████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████

49.    In an email dated November 3, 2014, Defendant's counsel wrote that

████████████████████████████████████████████████████████

███████████████████████████

50.    In an email dated December 29, 2014, Defendant's counsel wrote that

████████████████████████████████████████████████████████

███████████████████████████

51.    On February 21, 2013, Plaintiff Maga Team (Hong Kong) Ltd. filed in the United States Patent and Trademark Office ("P.T.O.") an intent-to-use application for the trademark ELLE SASSON in relation to "clothing, namely dresses, pants, jackets, blouses, pant suits, dress suits, slacks, shirts, headwear, belts, blouses, skirts, evening gowns, vests, blazers, lingerie."  On June 12, 2013 the Examining Attorney for the P.T.O. issued an Examiner's Amendment which included, *inter alia*, a statement that the Examining Attorney had searched the database of registered and pending trademark and had found no conflicting marks that would bar registration.  On information and belief, the Examining Attorney reviewed the ELLE trademark registrations owned by Defendant, including multiple ELLE registrations in relation to clothing products, and determined that there was no likelihood of confusion between Defendant's ELLE trademark registrations and the mark ELLE SASSON.

52.    On February 24, 2014, Defendant instituted a Trademark Trial and Appeal Board opposition action, Proceeding No. 91215067, opposing plaintiff Maga Team (Hong Kong) Ltd.'s application to federally register the trademark ELLE SASSON, and

asserting claims for likelihood of confusion under 15 U.S.C. §1052 (d) and dilution under 15 U.S.C. §1125 (c) (the "Opposition").

53.     Plaintiff Maga Team (Hong Kong) Ltd. filed its Answer to the Notice of Opposition on April 4, 2014, denying the material allegations thereof.

54.     On January 15, 2015, Plaintiff Maga Team (Hong Kong) Ltd. filed a Motion for Request to Suspend Opposition Pending the Outcome of a Civil Litigation in the Opposition, under Section 37 C.F.R. Section 2.117, TMBP Section 510.02(a).  Said Motion was granted by the Trademark Trial and Appeal Board on February 13, 2015 in an Order which stated "in this opposition the involved application is based on Trademark Act Section 1(b); thus, applicant will be statutorily required to demonstrate actual use of its mark in commerce prior to approval for and issuance of a registration. Accordingly, the outcome of the civil action could potentially have a bearing on, at a minimum, applicant's rights in, and specifically its right to use, the ELLE SASSON mark. Inasmuch as a final determination of this issue in the civil action could have a bearing on the issues that are before the Board, and thus could bear on the outcome of this opposition proceeding, the Board finds that suspension is appropriate".  A copy of the Order granting suspension is attached as **Exhibit N**.

### Lack of Confusion

55.     Contrary to Defendant's conclusions, no fashion marketplace confusion has arisen between Defendant's ELLE magazine and ELLE products, and "Elle Sasson" branded clothing.

56.     Defendants have not notified Plaintiffs or their counsel of any such fashion marketplace confusion.

57.     On information and belief, Defendant has no knowledge of any such fashion marketplace confusion.

58.     Based on Plaintiffs' current use of the ELLE SASSON mark, Defendant's continued attempts to regulate Plaintiffs' use of the ELLE SASSON mark, and Defendant's threats of litigation concerning the ELLE SASSON mark, Plaintiffs had an objective apprehension of litigation initiated by Defendant at the time of filing the Complaint.

59.     By virtue of the foregoing, there is an actual, present and justiciable controversy between Plaintiffs and Defendant, and Plaintiffs are compelled to seek a declaration from this Court that their advertising, promotion and use of the ELLE SASSON mark on clothing does not infringe or dilute Defendant's mark ELLE.

60.     Plaintiffs are jointly asserting a right to relief in relation to the same series of transactions and occurrences, and any question of law or fact that arises in this action is common to all Plaintiffs.


**COUNT I**
**DECLARATION UNDER 28 U.S.C. §2201 OF**
**NON-INFRINGEMENT OF TRADEMARK UNDER THE LANHAM ACT**

61.     Plaintiffs repeat and reallege each allegation contained in paragraphs 1 through 60 as if set forth in full herein.

62.     The cease and desist letter of September 13, 2013 objecting in part to

plaintiffs' use of the mark ELLE SASSON brand and mark, sent from counsel for Hachette to Maurice Sasson and Elle Sasson (see paragraph 41 hereof) created an actual, present and justiciable controversy between the parties.

63.    From as early as Spring 2014 to the present date, Plaintiffs as previously alleged have been advertising, marketing and selling clothing products bearing the mark ELLE SASSON.

64.    Counsel for Hachette has never stated to Plaintiffs that they withdrew their cease and desist letter of September 13, 2013, and have never stated that they have no intent to sue Plaintiffs for trademark infringement.

65.    The Parties negotiated with respect to Plaintiffs' use of the mark ELLE SASSON from the time of the cease and desist letter in September 13, 2013 until December 2014, when the negotiations failed. As Defendant's threats of litigation were still in effect, Plaintiffs initiated this action.

66.    An actual controversy has thus arisen and now exists between Plaintiffs and Defendant concerning whether Plaintiffs, based on their use, advertising, marketing and sales activities with respect to the "Elle Sasson" brand, have infringed and are infringing Defendant's trademark rights in the mark ELLE.

67.    Plaintiffs have not infringed and are not infringing, directly or indirectly, contributorily, by inducement or otherwise, any mark owned by Defendant, including any trademark rights that it owns in any valid ELLE mark.

68.    Accordingly, Plaintiffs require a judicial determination of rights and duties of the parties under 15 U.S.C. §§1114 and 1125(a), and the common law, and a

declaratory judgment that Plaintiffs' use of its "Elle Sasson" brand and mark does not infringe, directly or contributorily, any valid ELLE mark held by Defendant.

## COUNT II
## DECLARATION UNDER 28 U.S.C. §2201 OF
## NON-DILUTION OF TRADEMARK UNDER THE LANHAM ACT

69.     Plaintiffs repeat and reallege each allegation contained in paragraphs 1 through 68 as if set forth in full herein.

70.     Plaintiffs have not diluted and are not likely to dilute, directly or indirectly, contributorily, by inducement or otherwise, any mark owned by Defendant, including any trademark rights that it owns in any valid ELLE mark.

71.     Accordingly, Plaintiffs require a judicial determination of the rights and duties of the parties under the trademark laws of the United States (including but not limited to 15 U.S.C. §1125 (c)), the laws of the State of New York, and the common law with respect to use of the ELLE SASSON mark, and a declaratory judgment that Plaintiffs' use of the ELLE SASSON mark does not dilute, nor is it likely to dilute, directly or contributorily, any valid ELLE mark allegedly owned by Defendant.

## COUNT III
## DECLARATION OF NON-INFRINGEMENT AND NON-DILUTION
## OF TRADEMARK UNDER THE LANHAM ACT BY PLAINTIFF ELLE SASSON

72.     Plaintiff Elle Sasson repeats and realleges each allegation contained in paragraphs 1 through 71 as if set forth in full herein.

73.     The birth name of plaintiff Elle Sasson is "Elle Sasson", and she has used

15

and caused to be used her birth name in the fashion world and on a line of clothing.

74.     Plaintiff Elle Sasson was a recipient of the Defendant's cease and desist letter dated September 13, 2013.

75.     Defendant, through its counsel, has demanded that plaintiff Elle Sasson severely limit use of her name as a brand name, and has threatened legal proceedings against her if she does not comply.

76.     An actual controversy has arisen and now exists between plaintiff Elle Sasson and Defendant concerning whether Ms. Sasson, based on her use, advertising, marketing and sales activities with respect to the "Elle Sasson" brand, has infringed and is infringing Defendant's trademark rights in any valid ELLE mark.

77.     Plaintiff Elle Sasson has not infringed and is not infringing, directly or indirectly, contributorily, by inducement or otherwise, any mark owned by Defendant, including any trademark rights that it owns in any valid ELLE mark.

78.     Accordingly, plaintiff Elle Sasson requires a judicial determination of rights and duties of the parties under 15 U.S.C. §§1114 and 1125(a), and the common law, and a declaratory judgment that her use of the "Elle Sasson" brand and mark does not infringe, directly or contributorily, any valid ELLE mark held by Defendant.

79.     Plaintiff Elle Sasson has not diluted and is not likely to dilute, directly or indirectly, contributorily, by inducement or otherwise, any mark owned by Defendant, including any trademark rights that it owns in any valid ELLE mark.

80.     Accordingly, plaintiff Elle Sasson requires a judicial determination of the rights and duties of the parties under the trademark laws of the United States (including

but not limited to 15 U.S.C. §1125 (c)), the laws of the State of New York, and the common law with respect to use of the ELLE SASSON mark, and a declaratory judgment that her use of the ELLE SASSON mark does not dilute, nor is it likely to dilute, directly or contributorily, any valid ELLE mark owned by Defendant.

**WHEREFORE**, Plaintiffs demand judgment:

A.     That the Court issue a declaration that Plaintiffs' use of the ELLE SASSON mark and brand on clothing and related fashion products and services does not infringe, directly or contributorily, any valid ELLE mark held by Defendant under 15 U.S.C. §§1114 and 1125(a), the laws of the state of New York, or the common law;

B.     That the Court issue a declaration that Plaintiffs' use of the ELLE SASSON mark and brand on clothing and related fashion products and services does not dilute, directly or contributorily, any valid ELLE mark held by Defendant under 15 U.S.C. §1125 (c), the laws of the state of New York, or the common law;

C.     That the Court issue a declaration that plaintiff Elle Sasson's use of the ELLE SASSON mark and brand on clothing and related fashion products and services does not infringe, directly or contributorily, any valid ELLE mark held by Defendant under 15 U.S.C. §§1114 and 1125(a), the laws of the state of New York, or the common law;

D.     That the Court issue a declaration that plaintiff Elle Sasson's use of the ELLE SASSON mark and brand on clothing and related fashion products and services does not dilute, directly or contributorily, any valid ELLE mark held by Defendant under

17

15 U.S.C. §1125 (c), the laws of the state of New York, or the common law;

      E.     That Plaintiffs are not violating any rights of Defendant with respect to any trademark at issue;

      F.     That the Court issue a declaration that Elle Sasson's use of the ELLE SASSON mark and brand on clothing and related fashion products and services does not infringe, directly or contributorily, any valid ELLE mark held by Defendant under 15 U.S.C. §§1114 and 1125(a), the laws of the state of New York, or the common law;

      G.     That the Court issue a declaration that Elle Sasson's use of the ELLE SASSON mark and brand on clothing and related fashion products and services does not dilute, directly or contributorily, any valid ELLE mark held by Defendant under 15 U.S.C. §1125 (c), the laws of the state of New York, or the common law;

      H.     That Elle Sasson is not violating any rights of Defendant with respect to any trademark at issue;

      I.     That Defendant's Opposition No. 91215067 against Plaintiffs' application for ELLE SASSON, currently pending in the Trademark Trial and Appeal Board, be dismissed with prejudice;

      J.     That the mark ELLE SASSON, under Serial Number 85/855,981, proceed to registration with the United States Patent and Trademark Office;

      K.     That Defendant and any affiliated entities, subsidiaries or parent companies be barred from instituting any further actions before the Trademark Trial and Appeal Board that would restrict or prohibit Plaintiffs' right to use and register their ELLE SASSON mark for its existing goods and services or goods and services that they may

expand to in the growth of their business;

     L.     That the Court award Plaintiffs their reasonable attorneys' fees pursuant to

15 U.S.C. §1117 (A);

     M.     That Plaintiffs be awarded their costs to the extent permitted by law; and

     N.     That Plaintiffs be awarded such other and further relief as the Court may

deem just and proper.


## JURY DEMAND

Plaintiffs demand a trial by jury.



**GOTTLIEB, RACKMAN & REISMAN, P.C.**
Attorneys for Plaintiffs
270 Madison Avenue, 8th Fl.
New York, New York 10016
Tel. (212) 684-3900


By:  /s/ George Gottlieb            
    George Gottlieb (GG 5761)
     ggottlieb@grr.com
    Marc P. Misthal (MPM 6636)
     mmisthal@grr.com
    Jonathan Purow (JP 0052)
     jpurow@grr.com

Dated: January 11, 2016
     New York, New York

# EXHIBIT A

City of New York                    Department of Health                    Bureau of Vital Records

## CERTIFICATE OF BIRTH REGISTRATION

Below is an exact copy of a certificate of Birth registered for your child. It is sent without charge. If the certificate contains any errors return this copy with the correct information to the Bureau of Vital Records, 125 Worth Street, New York, N.Y. 10013. You will be advised how to have the record corrected. It is important to do this at once.

The reproduction or alteration of this transcript is prohibited by Section 3.21 of the New York City Health Code.



**Notice**  In issuing this transcript of the record, the Department of Health of the City of New York does not certify to the truth of the statements made thereon as no inquiry as to the facts has been provided by law.

*Edward J. Koch*
MAYOR

COMMISSIONER OF HEALTH

*Jean A. Scanlon*
CITY REGISTRAR

---

VITAL RECORDS
DEPARTMENT OF HEALTH
BOROUGH OF MANHATTAN

**DATE FILED**

**MAY 10   10 24 AM '88**

## CERTIFICATE OF BIRTH

Birth No. __156-88 – 1 1 2 2 3 8__

| 1. FULL NAME OF CHILD | (Type or Print) | First Name | Middle Name | Last Name | | |
|---|---|---|---|---|---|---|
| | | Elle | | Sasson | | |

| 2. SEX | 3a. NUMBER OF CHILDREN born of this pregnancy 1 / 3b. If more than one, number of this child in order of birth | 4a. DATE OF CHILD'S BIRTH (Month) (Day) (Year) May 5, 1988 | 4b. Hour 8:40 | ☐AM ☒PM |
|---|---|---|---|---|
| Female | | | | |

| 5. PLACE OF BIRTH | 5a. NEW YORK CITY BOROUGH OF Manhattan | 5b. Name of Facility (If not in institution street address) Lenox Hill Hospital | 5c. TYPE OF PLACE ☒Hospital ☐Home ☐Birthing Center ☐Other |
|---|---|---|---|

| 6a. MOTHER'S FULL MAIDEN NAME Nili Vallery | 6b. Mother's Date of Birth (Month) (Day) (Year) 5–15–68 | 6c. MOTHER'S BIRTHPLACE, City & State or foreign country Beer-Sheva, Israel |
|---|---|---|

| 7. MOTHER'S USUAL RESIDENCE a. State NY | b. County New York | 7c. City, town, or location New York | 7d. Street and house number 8 East 76th Street | Zip 10021 | 7e. Inside city limits of 7c? Yes ☒  No ☐ |
|---|---|---|---|---|---|

| 8a. FATHER'S FULL NAME Maurice Sasson | 8b. Father's Date of Birth (Month) (Day) (Year) 9-21-50 | 8c. FATHER'S BIRTHPLACE, City & State or foreign country Bagdad, Iraq |
|---|---|---|

| 9a. NAME OF ATTENDANT AT DELIVERY Ida Ellen Schwab | R.N. C.N.M. Other Midwife M.D. | 9b. I CERTIFY THAT THIS CHILD WAS BORN ALIVE AT THE PLACE, DATE AND TIME GIVEN  Signed *Ida Ellen Schwab* | R.N. C.N.M. Other Midwife D.O. M.D. |
|---|---|---|---|

Name of Signer  Ida Ellen Schwab, MD
(Type or Print)
Address  45 East 85th Street, NYC

Information added or amended

(Reason)

Date          City Registrar

Date Signed  May 5, 19 88

---

**BUREAU OF VITAL RECORDS          DEPARTMENT OF HEALTH          THE CITY OF NEW YORK**

Print here the mailing address of mother. ➡
Copy of this certificate will be mailed to her when it is filed with the Department of Health.

| Name | Mrs. Maurice Sasson |
|---|---|
| Address | 8 East 76th Street, #5 |
| City New York | State NY | Zip Code 10021 |

Scanned by CamScanner.

# EXHIBIT B













# EXHIBIT C

 **REFINERY29**

FASHION   BEAUTY   LIVING   WELLNESS   ENTERTAINMENT   LOCAL

# New Designer Crush! An NYC Line We'll Wear All Spring

 44   

 2 COMMENTS          SEE ALL SLIDES

 MAR 26, 2014 4:40 PM
ANNIE GEORGIA GREENBERG

Debuting a collection means you have to make a big impact. For new-to-the-scene NYC designer Elle Sasson that means bright colors, creative prints, and variations on volume. Sasson is launching her first collection for spring '14, and we're already kind of die-hard fans. There's a cat print that's still sophisticated, a voluminous top that's easy to wear, and tons of dresses with lovely embellishments that we want to sport all spring and summer long. We especially love the variety of colors — from jungle greens to super pigmented reds — that make this first batch of separates and throw-on-and-go frocks memorable, but somehow not overwhelming.

Click through the lookbook and get to know this new It designer. And, let us know in the comments if you have a favorite ensemble.

 BEGIN SLIDESHOW


BEGIN SLIDESHOW

FASHION / DESIGNERS / ELLE SASSON - NEW YORK DESIGNER

2 Comments    Refinery 29                              Login

Sort by Best                                  Share   Favorite

  2 COMMENTS

Elle Sasson - New York Designer

## 👁 MORE SLIDESHOWS









**10 S.F. Spots For An Off The Wall #OOTD**
↳

**9 Classes That Will Make You A Better Person**
↳

**6 Really Good Reasons To Go Shopping**
↳

**How To Have Fun In London This Autumn — Without Spending A Penny**
↳

REFINERY29

ABOUT   PRESS   ADVERTISING   FEEDBACK   WE'RE HIRING!
R29 NEWS

CONNECT WITH R29

f   𝓟   𝕐   ⧉   ⊜   𝔑

© 2013 REFINERY29   TERMS   PRIVACY        MADE WITH ♥ IN NYC

# EXHIBIT D

# STYLE. COM/

FASHION SHOWS   PEOPLE + PARTIES   NEWS   TRENDS + SHOPPING   ACCESSORIES   BEAUTY   VIDEO   COMMUNITY   MAGAZINE

style file                                               subscribe to style file via RSS

## Style File *blog*



FOOD

September 2, 2014 / 2:04pm

**POSSO ON THEIR MULTI-PURPOSE BEAUTIFYING ELIXIR OF CHOICE**

POSSO

  

**DESIGNER UPDATE**
## With Sea Creatures and Sixties Shapes, Elle Sasson Strikes a Balance

July 8, 2014 10:40am



**recent posts**

EXCLUSIVE:
Straight From the
Runway to Your
Closet, a New App
Speeds Up Spring
2015 Shopping

An Illustrated
Guide to NYFW
Etiquette

Anya Hindmarch's
New Bespoke Shop
at Bergdorf's Will
Connect
Customers With
Craftsmen

Style.com's Dirk
Standen Gets
Coveteur'd

EXCLUSIVE: Gareth
Pugh Offers Up a
First Look at His
Disruptive Spring
'15

Follow us on Twitter

September 3 2014

stylisdotcom Welcome to Rick Owens' world.
styism.ag/1nw L7yR pic.twitter.com/0.OPFDV196

see all tweets ›



STYLE.COM/
MAGAZINE

Amid the craziness of the ever-expanding Resort season it's refreshing to see a designer actually focus on the "resort" aspect of it all, Elle Sasson's first foray into Pre-Spring is about as vacation-ready as it gets. Sasson, the daughter of eighties denim proprietor Maurice Sasson, has only been showing her label since Spring '14, but she's already been picked up by major retailers like Shopbop.com thanks to her razor-sharp focus. Her Resort outing, which includes cotton-eyelet separates, intricate fish embellishments, and tropical macaw prints, was inspired by David Hockney's *Portait of an Artist*, circa 1972. "I was attracted to the colors he used and decided to incorporate the blues from the water and the orange from the man's jacket, and I made a print out of the green leaves," Sasson told Style.com. "Since I love animals, I added colorful parrots as I imagined them flying in the blue sky, and from there the fish came into the collection as well." Rather than design another print, she placed beaded, jewel-like fish on miniskirts and silk blouses. One of her best dresses, an open-back chambray frock with folksy embroidery and a fringed hem, feels Saint-Tropez boho-luxe in the best way.

**departments**

Dept. of Culture

Designer Update

Model Behavior

Now Trending

Q&A

Shopping Alert

Social Intelligence

The Future of
Fashion

Through Cedric's
Eyes

Trend Tracking

**about this blog**

style file covers all
the news in style,
from high street to
high fashion, with
dispatches from new
york, la., london,
paris, milan, tokyo,
beijing, and more

**guest contributions**




Minimal shapes provide a smart balance to Sasson's shimmering sea creatures and coral prints. "I love the silhouettes from the sixties and seventies, and that's definitely reflected in all of my collections," she said. "I appreciate more simple silhouettes that are a bit structured and will complement the prints and embroideries."

Next up for Sasson is her Spring '15 collection, which will see her expand her knitwear range and try her hand at—what else?—denim. Like father, like daughter, Sasson is certainly one to watch.

— Emily Farra

Photo: Courtesy Photo

tags: Elle Sasson, Maurice Sasson, Fusion 2015



Like 161    Tweet 32    Pin it    8+1

Add a comment...

Comment

Facebook social plugin

‹ Shop the Look: Glitter and Be Glam  |  main  |  At the Taj Mahal, a Regional Woolmark Prize Victor Is Chosen ›

Maya Singer
Darrell Hartman
Afsun Qureshi

*staff contributors*

Nicole Phelps
Noah Johnson
Marina Larroude
Brittany Adams
Katharine K.
Zarrella
Kristin Anderson
Erica Hermsen
Emily Farra
Rachel Walgrove

*also on style.com*

Beauty Counter
Shop the Looks

*links*

On The Runway
SHOWstudio
The Business of
Fashion
T Magazine
W Magazine
Editors' Blog
Material World
The JC Report
Fashionologie
Refinery29
Racked
Style Bubble
Fashionista
The Sartorialist
Garance Doré
Jak & Jil
Street FSN
Stockholm Street
Style
TurnedOut.tv
Vanessa Jackman



NEW ON STYLE.COM

people + parties    blog



Designer Update

# EXHIBIT E

*new designer (http://thezoereport.com/tag/new-designer/)*

# OBSESSED: ELLE SASSON'S LA-INSPIRED COLLECTION

+ An Exclusive Interview With The Up-And-Coming Designer





ELLE SASSON SPRING 2014 COLLECTION.

Seeking a chic spring update to your existing wardrobe? Look no further than the latest designer on our radar, Elle Sasson. Elle's namesake line features ultra-cool cuts with a feminine, California-inspired twist we're dying to get our hands on.

9/3/2014

Case 1:15-cv-00194-VM   Document 29   Filed 01/11/16   Page 39 of 95
Obsessed: Elle Sasson's LA-Inspired Collection | The Zoe Report

Not only do we adore her ready to wear line, Elle's success is pretty inspiring, too! Her residency in Hong Kong teamed with tips from her father (who is also in the industry), among years of hard work and determination contribute to young Elle's triumph as a fashion designer. Keep an eye on her work and check out our exclusive interview with Elle here—we're expecting big things from this up-and-comer!

**MEET ELLE SASSON**



(http://ellesasson.com/)

PHOTO COURTESY ELLE SASSON

9/3/2014

Case 1:15-cv-00194-VM   Document 29   Filed 01/11/16   Page 40 of 95
Obsessed: Elle Sasson's LA-Inspired Collection | The Zoe Report





(http://click.linksynergy.com/fs-bin/click?
id=30KlfRmrMDo&subid=&offerid=277206.1&type=10&tmpid=12578&RD_PARM1=http%25:

SILK MIXED PRINT DRESS, $825

# HER INSPIRATION

"My spring collection was inspired by a trip to Los Angeles. Coming from Hong Kong, which is quite opposite, I felt very relaxed in LA. One day I came across Ed Ruscha's palm tree series. I found it very inspiring and everything came together pretty quickly."





(http://click.linksynergy.com/fs-bin/click?

id=30KlfRmrMDo&subid=&offerid=277206.1&type=10&tmpid=12578&RD_PARM1=http%25:

ELLE TOP, $245; EMBROIDERED SKIRT, $755

# WHO SHE DESIGNS FOR

"I design for a version of myself.  At this point I'm at work all the time, so for day time I dress very casual....usually jeans and a t-shirt, but I wouldn't design something  that I couldn't see myself wearing."





(http://click.linksynergy.com/fs-bin/click?
id=30KlfRmrMDo&subid=&offerid=277206.1&type=10&tmpid=12578&RD_PARM1=http%25:

SILK EMBROIDERED DRESS, $1345

# CHALLENGES OF THE INDUSTRY

"This is my first experience of running a business, and though I am facing a different challenge everyday, I am very grateful for them because each challenge is another stepping stone toward creating a successful business."



Obsessed: Elle Sasson's LA-Inspired Collection | The Zoe Report



9/3/2014

9/28



(http://www.jdoqocy.com/click-3550561-10451141?
url=http%3A%2F%2Fwww.shopbop.com%2Fbarry-dress-elle-
sasson%2Fvp%2Fv%3D1%2F1553427039.htm%3FfolderID%3D27226%26colorId%3D13149&cj

BARRY DRESS, $595

# ON GROWING THE BRAND

"First, I plan to have my site fully up and running soon, so I'll be able to sell directly to customers online. I am also planning to expand into the denim category and grow my offering of knitwear."



Case 1:15-cv-00194-VM   Document 29   Filed 01/11/16   Page 47 of 95



(http://click.linksynergy.com/fs-bin/click?

id=30KlfRmrMDo&subid=&offerid=279712.1&type=10&tmpid=5462&RD_PARM1=http%253.

Sasson-Maurice-Leaves-Printed-Top-maurice-leaves-

printed%252Fprod168910052___%252Fp.prod%253Ficid%253D%2526searchType%253DMAIN

MAURICE PRINTED TOP, $365; BROOK LEGGINGS, $395

# HER FATHER INSPIRES HER

"I've learned a lot from my father over the years and have drawn constant inspiration from him as well, but I think the most important thing he tells me almost every day is to stay true to what I believe in, design with love and to enjoy the process of designing."





(http://click.linksynergy.com/fs-bin/click?

id=30KlfRmrMDo&subid=&offerid=279712.1&type=10&tmpid=5462&RD_PARM1=http%253.

Sasson-Sonny-Two-Tone-Chambray-Dress-sonny-

chambray%252Fprod167900008___%252Fp.prod%253Ficid%253D%2526searchType%253DMAI

SONNY CHAMBRAY DRESS, $425

# SHE'S ALWAYS LOVED FASHION

"Since I was a young girl I knew I wanted to work in fashion. It's something that I would always talk to my father about at home. I didn't plan to start so quickly on my own, but it just happened that way. Getting to work side by side with my father has been an amazing opportunity to learn and for that I am very grateful."





(http://click.linksynergy.com/fs-bin/click?
id=30KlfRmrMDo&subid=&offerid=279712.1&type=10&tmpid=5462&RD_PARM1=http%253.
Sasson-Betty-Sleeveless-Embroidered-Hem-Shirtdress-betty-sleeveless-
shirtdress%252Fprod167900022___%252Fp.prod%253Ficid%253D%2526searchType%253DMAI

BETTY SLEEVELESS SHIRTDRESS, $595

# HER ADVICE FOR YOUNG WOMEN INTERESTED IN THE INDUSTRY

"You must be 100% sure you want your work to be your life and if you are, go for it with everything you have!!"



9/3/2014

Case 1:15-cv-00194-VM   Document 29   Filed 01/11/16   Page 52 of 95
Obsessed: Elle Sasson's LA-Inspired Collection | The Zoe Report



(http://click.linksynergy.com/fs-bin/click?
id=30KlfRmrMDo&subid=&offerid=277206.1&type=10&tmpid=12578&RD_PARM1=http%25:

PALM EMBROIDERED DRESS, $865

# HOW ELLE STYLES HER SPRING COLLECTION

"My spring collection has lots of embellishments and colorful embroideries, so I would keep it simple but still have fun. Throw on a pair of sandals and some beaded colorful bracelets (Shashi style), maybe with a wide brim hat and big sunglasses. Some fringe could also be fun!"

STYLE IT WITH





**Essex Sunglasses**
Elizabeth and James, $165
(http://click.linksynergy.com/fs-bin/click?
id=30KlfRmrMDo&subid=&offerid=276223.1&type=10&tmpid=8130&RD_parm1=http%253A%252F%252Fwww.shopbop.com%252Felizabeth-
and-james-essex-57mm-polarized-
sunglasses%252F3715406%253Forigin%253Dcategory-
personalizedsort%2526contextualcategoryid%253D0%2526fashionColor%253DBROWN%252BYELLOW%25252F%252BBROW
_-browseresults-_-1_19_A)

**Palm Embroidered Dress**
Elle Sasson, $865
(http://click.linksynergy.com/fs-bin/click?
id=30KlfRmrMDo&subid=&offerid=276223.1&type=10&tmpid=8130&RD_parm1=http%253A%252F%252Fwww.shopbop.com%252Fpalm-

9/3/2014

Case 1:15-cv-00194-VM   Document 29   Filed 01/11/16   Page 54 of 95
Obsessed: Elle Sasson's LA-Inspired Collection | The Zoe Report





**Aztec Silk Cuff**
Shashi, $69
(http://shashi.bigcartel.com/product/aztec-silk-cuff)

**Genette Sandals**
Sam Edelman, $100
(http://www.dpbolvw.net/click-3550561-10457058?
url=http%3A%2F%2Fpiperlime.gap.com%2Fbrowse%2Fproduc

**PUBLISHED**   April 1, 2014

**DESIGNERS**   Elizabeth And James (Http://Thezoereport.Com/Designer/Elizabeth-And-James/) / Elle Sasson
(Http://Thezoereport.Com/Designer/Elle-Sasson/) / Sam Edelman
(Http://Thezoereport.Com/Designer/Sam-Edelman/) / Shashi
(Http://Thezoereport.Com/Designer/Shashi/)

**TRENDS**   Fashion (Http://Thezoereport.Com/Tag/Fashion/) / Interview
(Http://Thezoereport.Com/Tag/Interview/) / New Designer (Http://Thezoereport.Com/Tag/New-
Designer/) / Shopping (Http://Thezoereport.Com/Tag/Shopping-2/)

# GET RACHEL ZOE'S DAILY DOSE OF GLAMOUR TO YOUR

# INBOX

SIGN UP WITH FACEBOOK

*or*

ENTER EMAIL ADD    **SIGN UP**

**RELATED STORIES**

# EXHIBIT F

9/11/2014

# Palm Trees? Yes Please! Why Elle Sasson Is the New Label We Love

**We're crushing hard on the NYC-based designer's debut collection.**

*by Claire Knebl*



*Photo: Courtesy of Elle Sasson*

Sometimes not majoring in fashion can do great things for designers (we're lookin' at you, Joseph Altuzarra). The latest example? Up-and-comer Elle Sasson, who dropped out of school to forge ahead with her brand-new namesake label, which debuts this spring.

Inspired by artist Ed Ruscha's *A Few Palm Trees* series, Elle created a totally tropical (and 100% wearable) first collection that's already been scooped up by stores like Shopbop and Neiman Marcus. Count us among the young designers super-fans—it might only be October, but we're already daydreaming of her playful prints, whimsical silhouettes, and cute take on the crop top.

*Prices start at $215. For more information, visit ellesasson.com.*

## WHAT DO YOU THINK?

POST A COMMENT

0 comments

[SIGN IN]

1 person listening



Newest | Oldest

# EXHIBIT G

9/8/2014

New Designer Profile: Elle Sasson - WWD Fashion Features - WWD.com



SECTIONS  WWD  WOMEN'S WEAR DAILY

THEY ARE WEARING    TRENDS    FASHION FEATURES    FASHION SCOOPS    DESIGNER / LUXURY
READY-TO-WEAR / SPORTSWEAR    RUNWAY    TEXTILES    INTIMATES / ACTIVEWEAR    DENIM    COUTURE    JUNIORS

wwd  fashion news  ■ fashion features     email  facebook  twitter  google +

March 25, 2014

# New Designer Profile: Elle Sasson

By Marcy Medina

from WWD issue 03/27/2014   DOWNLOAD PDF



Elle Sasson
Photo By Courtesy Photo

A- A A+    PRINT

**JUST IN**                    TODAY'S PAPER  VIEW   DOWNLOAD

ALEXA CHUNG STARS IN LONGCHAMP'S FALL AD

MORE

**LATEST FASHION ARTICLES**

FASHION SCOOPS
## Manish Arora to Open First Flagship



FASHION SCOOPS
**Kelly Slater Names RTW Brand Outerknown**

FASHION SCOOPS
**Duchess of Cambridge Expecting Second Child**



Louis Vuitton Hi...

The name Sasson was synonymous with designer-jean chic in the Seventies and better casual in the Eighties, but 2014 could be its year for a new categorical association: advanced contemporary sportswear. Elle Sasson, the 25-year-old daughter of Sasson Jeans and Kikit creator Maurice Sasson, is charting new territory with her own label. Launched as a capsule collection for spring, fall marks her first full lineup, comprising dresses, tops, bottoms and outerwear.

Going into design was a foregone conclusion for the younger Sasson, who was born in New York City and moved with her family to Hong Kong at age five. Raised between Hong Kong and Tel Aviv, Sasson studied fashion design in the two





cities and then interned for Alice + Olivia and Derek Lam in New York.

"I always knew I wanted to be a designer, but I didn't think I'd start my own brand so quickly. I had planned to work for another company first," said Sasson, who is now based in Hong Kong. But with easy access to Chinese fabrics and factories, she created her first collection, inspired by Ed Ruscha's art book "A Few Palm Trees," in less than a month and sold it to Bergdorf Goodman, followed by Neiman Marcus, Intermix and Shopbop. "Hong Kong is a very comfortable place to work because everything is within close reach," she added.

Her fall collection was inspired by a photograph of an iceberg in Iceland, from which she created a print for her starting point. She worked it into both red and blue palettes on minimal and Mod-inspired silhouettes. From there, the singer Björk became her muse. "I love her ethnic, fun and cute style," said Sasson. Thus she worked a penguin print and traditional Icelandic-style embroidery on poplin and sateen dresses and wool sweaters, and also featured several mohair and alpaca jackets. Wholesale prices range from $102 for a simple top to $1,120 for an embroidered dress. In addition to her U.S. doors, the line sells in Boon the Shop in South Korea, AlOthman in Kuwait and Stylebop in Germany.

Sasson herself says she prefers to wear casual black clothes with flat shoes, so her collection is aspirational: "In a way, I design clothes for the woman I'd like to be, with pieces that someone can wear every day." She chooses to sketch alone behind closed doors and with music playing, but when she's finished, she looks to her father for advice. "He sees stuff that I don't really notice," Sasson said. "He might suggest a top stitch instead of a clean finish, that I fold a hem wider to give the dress a different fall, that I make the waistband an inch wider or that I change the size of the zipper teeth to raise the quality of a jacket." The elder Sasson, who these days travels to China frequently for consulting work, is also backing his daughter's company.

Armed with feedback from both her father and retailers, Sasson has plans to add more knits for her next collection, for resort. Needless to say, denim is also on the



VIEW SLIDESHOW

Elle Sasson's silk dress, worn with Kenneth Cole shoes.
Photo By Kyle Ericksen

VIEW SLIDESHOW

Elle Sasson's silk dress, worn with Kenneth Cole shoes.
Photo By Kyle Ericksen

**LATEST FASHION FEATURES ARTICLES**


FASHION FEATURES
**Diane von Furstenberg's Confidence Game**


FASHION FEATURES
**Diane von Furstenberg's Impact on the CFDA**


FASHION FEATURES
**DVF Timeline: 'It All Began With the Dress'**

**MORE ARTICLES BY** Marcy Medina

**They Are Wearing: New York Fashion Week**


They Are Wearing: Flea Markets


They Are Wearing: Berlin

**MORE STREET**

FASHION
MOSTPOPULAR COMMENTED

They Are Wearing: New York Fashion Week

New York Designer Inspirations Spring 2015: Part One

New York Designer Inspirations Spring 2015: Part Two

Top 10 Pantone Colors for Spring: Women's and Men's

New York Designer Inspirations Spring 2015: Part Three

**News from WWD**

SIGN UP for WWD and FN newsletters to receive daily headlines, breaking news alerts and weekly industry wrap-ups.

Enter your email address    **SUBMIT**

**LATEST PUBLICATIONS**



Footwear News
09/08/2014
READ NOW
DOWNLOAD THE PDF

WWD Style & Men's Week
09/08/2014
READ NOW
DOWNLOAD THE PDF

docket.

VIEW ALL PUBLICATIONS



VIEW SLIDESHOW

SUBSCRIBE    **f** Share this article    🐦 Tweet this article    💬 Comment Now

## News from WWD

SIGN UP to receive daily headlines, breaking news alerts and weekly industry wrap-ups

Yes, Sign Me Up

ADD A COMMENT   Sign in using your Facebook or Twitter account, or simply type your comment below as a guest by entering your email and name. Your email address will not be shared. Please note that WWD reserves the right to remove profane, distasteful or otherwise inappropriate language.

**0 Comments**    Womens Wear Daily        🔵 **1** Login

Sort by Newest ▾             Share ☒

Start the discussion. .

Be the first to comment.



**NEXT STORY**
### FIFTH AVE.: RALPH LAUREN'S NEW NEIGHBORHOOD
When Ralph Lauren opens his first Polo flagship at 711 Fifth Avenue, he will make a statement for the newly expanded Polo lifestyle.

❯

**PREVIOUS STORY**
### FORD, DIOR ACCESSORY SHOPS OPEN AT BERGDORFS
❮ BG 20/20 made its first impression this month with the opening of Tom Ford and Christian Dior accessory shops.



## FEATURED STORIES



**BUSINESS**
**Jason Wu Sells Majority Stake to InterLuxe**



**RETAIL**
**Battle for N.Y.: Luxury Players Make Their Move**



**FASHION**
**N.Y. Designer Inspirations: Part Three**



**FASHION**
**New York Spring 2015 Collections**



**FASHION**
**Yves Carcelle Dies at 66**



**FASHION**
**N.Y. Designer Inspirations: Part Two**



**MEDIA**
**Follow Women's Wear Daily**



ABOUT US   SITE MAP   MASTHEAD   ADVERTISING   SUBSCRIBE   MANAGE ACCOUNTS   FAQ   CONTACT US   NEWSLETTERS   RSS



**RECENT WWD ISSUES**



9/8/2014 Monday    9/6/2014 Saturday    9/5/2014 Friday    8/4/2014 Thursday    9/3/2014 Wednesday
9/2/2014 Tuesday   8/29/2014 Friday     8/28/2014 Thursday 8/27/2014 Wednesday  8/26/2014 Tuesday

**FAIRCHILD FASHION MEDIA**

WWD · Style.com · Footwear News · Now Manifest · Beauty Inc · M · Fairchild Summits · WWD Magic · FN Platform

WWD.com is the authority for news and trends in the worlds of fashion, beauty and retail. Featuring daily headlines and breaking news from all Women's Wear Daily publications. WWD.com provides the most comprehensive coverage anywhere of fashion, beauty and retail news and is the leading destination for all fashion week updates and show reviews from New York, Paris, Milan and London.

© 2014 Condé Nast. All rights reserved. Use of this Site constitutes acceptance of our User Agreement (effective 3/21/12) and Privacy Policy (effective 3/21/12). Your California Privacy Rights. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé Nast.

# EXHIBIT H



## conscious effort



Team Green gains more momentum this spring thanks to H&M's Conscious and Conscious Exclusive collections. The latest offerings are made from sustainable materials—think recycled cotton and hemp—and include labeling that offers tips on caring for clothes in a more environmentally sound way. Moving forward, H&M will include similar tags in all its garments.) The Ever Manifesto, an organization focused on an earth-friendly fashion future, consulted on the design of the Exclusive items, which are draped and draped, with bohemian and flamenco vibes. The Conscious Collection pieces draw inspiration from the desert, featuring loose, draped silhouettes. So it's time to take up the cause and look good doing it. LISA MISCHIANTI

hm.com

---

### palm d'or

The mercury has finally deigned to surpass 50 degrees, and Ella Sasson's very first collection is full of everything we want to wear right this minute. Inspired by palm trees, Sasson's whimsical debut is full of silk dresses, crop tops, and pleated skirts. The designer, who splits her time between New York and Hong Kong, favors beadwork, embellishment, and crafty little details. "Every piece has a flirty element," she explains. "I wanted the feeling to be fun." LAUREN OLSEN

ellesasson.com

---

### KATE SPADE SATURDAY NEW YORK CITY



The cool big sister of Kate Spade New York, Kate Spade Saturday bounded last spring in Japan and was initially only available online in the United States. But with the recent opening of locations in Los Angeles and Houston, as well as a pop-up shop and temporary 24-hour touch-screen window shops in Manhattan, the brand brought its smart-to-a brick-and-mortar retail experience to America. Now Kate Spade Saturday has debuted a permanent store in NYC's SoHo district that may be its best one yet in addition to apparel, shoes, bags,

jewelry, tech accessories, and lifestyle products, this location will be the first with an extensive home goods section. The shop will also include special features for gadget-loving girls, like a phone-charging station, but will keep things intimate and personal with mood music from a vintage record player and a customization station for the signature Kate Spade Saturday Weekender Bag. New Saturday stores will open in Boston and Hawaii this spring. 116 Spring Street, New York, NY 10012

# EXHIBIT I



**People**

JUNE 30, 2014

HOTTEST GUYS
OF THE **WORLD CUP**

NEW
BABY
PICS!

**PRINCE
GEORGE**

Look
Who's
Walking!

**ANGELINA'S
NEW MISSION**

**HER EMOTIONAL
PHOTO DIARY**

**2014 Pet Awards!**
A HERO DOG,
A PAINTING
HORSE & MORE!

ONLY IN
People

**CELEB SIBLINGS**

JULIANNE &
DEREK HOUGH

**OUR
CRAZY
CHILDHOOD**

1993

**AS KIDS, THEY LEFT HOME
TO BECOME STARS**

Their journey of heartbreak,
hardship and (finally) happiness

JULIANNE &
DEREK HOUGH
PHOTOGRAPHED
IN LOS ANGELES
FOR PEOPLE



"We have our
differences, but
that's what makes
our family what it
is," says Julianne
(with Derek in L.A.
on April 26).

# EXHIBIT J

(SELF) I M A G E



"The first thing I do when I wake up is turn on my kettle. I have hot water with lemon every morning."

"I eat extremely clean: an açaí bowl or eggs with salsa and avocado."

## BRONFMAN'S WORKOUT PLAYLIST

**Charli XCX**
"Boom Clap"
(Aeroplane Remix)

**AlunaGeorge x Tchami**
"You Know You Like It" (Remix)

**Duke Dumont**
"The Giver"

**Nonono**
"Pumpin Blood"
(Belarbi Remix)

**Miley Cyrus**
"Wrecking Ball"
(Caked Up Remix)

**SchoolboyQ**
"Man of the Year"

**Beyoncé**
"Blow" (Monsieur Adi Remix)



"When I get out of the shower, I dab on this toner. It has a light, refreshing scent."
TONER Caudalie Beauty Elixir, $49

**CAUDALÍE**

"I've always been a pajama girl. These are supersoft and comfortable."
PAJAMAS $97; Eberjey.com



"Smoothies are one of my favorite things — so is running outside."



"My go-to outfit is a printed skirt, a button-down and a bracelet to spice it up."
CUFF Jennifer Fisher, $940; JenniferFisher Jewelry.com
SKIRT Elle Sasson $525; Jami Lyn, 310-657-5887

# UP & OUT

→ Deejay and entrepreneur **Hannah Bronfman** tells us what gets her going.

"I never know what my day's going to be like," says Bronfman, a New York City–based deejay and cofounder of Beautified, a salon appointment-booking app. Her strategy is to make mornings relatively routine: Rise at 7 A.M., check email and Instagram for 10 minutes, shower. Gym time can be trickier to schedule, so Bronfman packs her Rebecca Minkoff bag with workout gear and heads to Beautified's office, then ducks out for a sweat session when she has a moment. "I love getting in a quick, 30-minute, full-body blast," says Bronfman, who does a combo of weights, calisthenics and cardio. "I feel so accomplished when I've done so much and it's only noon."

## 3 things that get her up and out

1 **THE SOUND OF SILENCE** "You'd think I'd listen to music in the morning, but silence makes me more focused."

2 **A SPEEDY BLOWOUT** "I'll go to the salon with my hair already shampooed: It takes 45 minutes instead of an hour."

3 **BIKING TO WORK** "It's so fast. I'm out the door at 9 and there by 9:15."

CLOCKWISE FROM TOP LEFT: MASHA MALTSAVA, HANNAH BRONFMAN, GETTY IMAGES, JOU WATERSON, HANNAH BRONFMAN (3), COURTESY OF CAUDALIE; MASHA MALTSAVA.





Top and skirt
Elie Sasson, $460
and $274, Berg-
dorf Goodman
NYC 800-558-
1855. Socks Ns
Nonsense, $5
nononsense.com
**Booties** Report
Signature,
$110, Macy's.

*your* LOOK

**THREE WAYS**

# *Cropped* Sweater

Far from **a summer fling, this short silhouette endures. Done up in a cozy ivory knit** with **a slightly roomy** fit, it makes for **one** perfect chilly-weather layering **piece**



SWEATER
Merino
wool-alpaca,
AYR, $225;
ayr.com

**1** For the ultimate in tomboy **cool,** sharpen **things up** with mod-influenced separates. Show off the collar and cuffs of an **oxford shirt, and** let a high-waist mini **with a charming** nubby texture flash lots of leg (but **no** midriff). Heeled loafers and a boxy top-handle bag add **to the gamine** factor.

Shirt Cotton-silk, Dresshirt, $230; dresshirt.com. Skirt Mohair blend, Elie Sasson, $460; at Bergdorf Goodman. Cuffs Gold plate with sodalite or jasper cabochons, Lizzie Fortunato, $195 each; at Neiman Marcus. Bag Saffiano leather and calf hair, Pour la Victoire, $445; pourlavictoire.com. Shoes Calf hair, Sigerson Morrison, $425; sigersonmorrison.com.

**2** Go for pared-back elegance by building on the slouchy shape. A gracefully draped boyfriend coat (in a playful, eye-catching ceru-lean, no less) and flowy knee-length skirt are office-best-dressed material. Finish with a clutch and cap-toe pumps for a sophisticated home run.

Coat Wool-nylon, Tibi, $695; tibi.com. Skirt Polyester blend, Milly, $375; millyny.com. Eyeglasses Plastic zyl, Corinne McCormack, $62; at Nordstrom. Clutch Leather, Banana Republic, $70; bananarepublic.com. Pumps Suede, Stuart Weitzman, $425; at Stuart Weitzman, 212-750-2555.

**3** Want an off-duty ensemble that's still polished? Skip blue jeans and opt for pants in winter white. Break up the soft palette with a burst of striking burnt orange, which works well with jaunty leopard flats. A long gold necklace looks luxe, while a spacious tote is errand-ready.

Sleeveless shirt Silk, Everlane, $60; everlane .com. Pants Cotton-elastane, Apiece Apart, $310; apieceapart.com. Necklace Brass, Lulu Frost, $295; lulufrost.com. Tote Leather and suede, Ampersand As Apostrophe, $581; ampersandasapostrophe.com. Loafers Calf hair and leather, Dolce Vita, $159; nordstrom.com.

KATE LACEY

# EXHIBIT K



**Hairline Fracture**
A mesmerizing review of Hugh Jackman's ever-changing 'do



**Model Citizen**
Cara Delevingne has a promising future in life coaching



**Click Starter**
Remote-controlled birth control is now a thing



FASHION   BEAUTY   ACCESSORIES   STREET   CULTURE   LIFE & LOVE   NEWS   HOROSCOPES   

FASHION > TREND REPORTS > 25 WAYS TO ACE TENNIS STYLE

 21    4    9      COMMENT   0   24 of 26



Elle Sasson Front Pleat Short, $258, intermixonline.com

## LATEST PHOTO GALLERIES



### ELLE EVERYWHERE



### BE AN INSIDER

From our editors to your inbox. Sign up for our newsletter today.

*Your Email Address*

### MUST READS



**40 Wedges Guaranteed to Make Your Summer Easier**



**The Best Dresses to Wear This Season**



**10 Bags to Invest In This Summer**



**New Ways to Style Your Denim Shorts**

**16 of Our Favorite Brunettes**

**The Best Looks From the Fall 2015 Couture Runways**

**25 Summer Flats to Wear to Work**

**13 Products You Need In Your Summer Beauty Arsenal**


*Standout Swimsuits for Every Destination*


*5 Tried and Tested At-Home Workouts*


*20 Short and Sweet Wedding Dresses*


*Meet the Woman Changing Technology*

**Front Row Fashion: Couture Street Style**

**The Most Famous Wedding Cakes Throughout History**

**Rock On: 10 Pairs of Chic Headphones**

## ELLE'S TOP PINS



## POST A COMMENT

Add a comment...

☑ Also post on Facebook

Posting as Jonathan Purow (Not you?)  **Comment**

## DON'T MISS





Editor's Style: Chloe
Durost, Stylist at ELLE

Rihanna's Boobs Make Me Feel

7/8/2014                          25 Ways to Ace Tennis Style - Tennis Sport Fashion - Elle

Dugua, Styria of ELLE          Make Me Feel                                    See More Top Pins
...                            Better About My

# RELATED LINKS

Ask DaniELLE: How Can I Master Music          The Smart Fashion Girl's Guide to Summer

Looking for the Next Big Fashion Tech         Mad Men Fashion Recap: Valentine's

Editor's Style : Justine Harman's Fashion     Why the Fashion Pack Is Wearing

5 Pharrell-Style Hats for Ladies              Prince George Is Now a Fashion

9 Fashion Insider Tips for Online Shopping     Editor's Style : Dobrina Zhekova's LBD

---

ELLE      20 Wedding Hairstyles      Eye Creams      30 Short Haircuts      Top 2014 Hairstyles      Summer Fashion      Coconut Oil

# MORE FROM ELLE

| FASHION WEEK | SHOPPING | ACCESSORIES | BEST DRESSED | STREET STYLE | SUMMER TRENDS |
|---|---|---|---|---|---|
| Fashion Week 2014 | Best Summer Swimwear | 11 Socks with Heels | 2014 Oscars Dresses | NYC Street Style | 18 Best Bucket Bags |
| Summer 2014 Trends | 16 Summer Dresses | White Sneakers You Need | 2014 Golden Globes | London Street Style | Party-Ready Jumpsuits |
| Spring 2014 RTW | One-Piece Swimsuits | Designer Skate Shoes | 2014 MTV Movie Awards | Paris Street Style | How to Wear Eyelet |
| Top Designers | Off-the-Shoulder Dresses | Loafers with an Edge | 2014 Grammys | Milan Street Style | Summer Couture |

| | | | | | |
|---|---|---|---|---|---|
| Subscribe | Customer Service | About Our Ads | Site Map | Newsletter | Privacy Policy |
| Give a Gift | Other Hearst Subscriptions | Media Kit | Contact Us | Events & Promotions | Your California Privacy Rights |
| | Sweepstakes | Press Room | Community Guidelines | Mobile | Terms of Use |

   

©2014 Hearst Communications, Inc. All Rights Reserved.

Being Green



**Hairline Fracture**
Hugh Jackman's ever-changing 'do



**Model Citizen**
Cara Delevingne is kind of our life coach



**Click Starter**
Remote-control operated birth control is now a thing

# ELLE

FASHION   BEAUTY   ACCESSORIES   STREET   CULTURE   LIFE & LOVE   NEWS   HOROSCOPES



FASHION > TREND REPORTS > 50 PERFECT SPRING DRESSES

  190  51  0   COMMENT 5      5 of 51 

## ELLE EVERYWHERE



### BE AN INSIDER

From our editors to your inbox. Sign up for our newsletter today.

*Your Email Address*  ▶



## MUST READS



*40 Wedges Guaranteed to Make Your Summer Easier*



*The Best Dresses to Wear This Season*

**Ladylike Florals**

Elle Sasson Floral Flared Dress, $685; farfetch.com



*10 Bags to Invest In This Summer*



*New Ways to Style Your Denim Shorts*

# LATEST PHOTO GALLERIES

  

*16 of Our Favorite Brunettes*

Case 1:15-cv-00194-VM   Document 29   Filed 01/11/16   Page 77 of 95









### 7 Natural Deodorants Tried and Tested

Lately there's what our bodies are naturally programmed to ...

### The Best Looks From the Fall 2015 Couture Runways

Now that the Fall Couture collections have wrapped up, we're taking a moment to reflect on the ...

### 25 Summer Flats to Wear to Work

Because style that just won't quit.





ELLE









### Standout Swimsuits for Every Destination

### 5 Tried and Tested At-Home Workouts

### 20 Short and Sweet Wedding Dresses

### Meet the Woman Changing Technology

### 13 Products You Need in Your Summer Beauty Arsenal

There's no end the search, most important part of your ...

### Front Row Fashion: Couture Street Style

A look at what the most fashionable women are wearing off the runway.

### The Most Famous Wedding Cakes Throughout History

From Queen Victoria's cake to Kate Middleton's, we've rounded up the most famous though ...

## ELLE'S TOP PINS

Powered by (P)



# POST A COMMENT



Add a comment...

☑ Also post on Facebook    Posting as Jonathan Purow (Not you?)   [Comment]


**Jewels Mahua** · 🔗 Follow · Store Manager at Jewelscout
https://www.etsy.com/listing/179696520
Reply · Like · Follow Post · May 3 at 4:10pm


**Rosanne McCullough**
Are you kidding me? This is a horrible dress and will end up on everyone's "worst" come the end of the year.
Reply · Like · Follow Post · April 28 at 8:52pm


**Mary Pennington** · Lugoff, South Carolina
**Beautiful outfit**
Reply · Like · Follow Post · April 29 at 11:41am

# DON'T MISS






**Cindy Crawford's Kids Are Super Instagrammers**



**Rihanna's Boobs Make Me Feel Better About My**



See More Top Pins

# RELATED LINKS

Alvin Ailey Dancers Take on Spring's Best

10 Amazing Spring Sets

50 Spring Buys for Under $100

ELLE's Spring Must-Have Beauty Picks

18 Must-Have Espadrilles For Spring

Top 10 Fit and Flare Dresses

The Must-Have Jeans and Sneakers For

Spring's Best Bucket Bags

This Mom Wore Her Daughter's Dress



20 Wedding Hairstyles      Eye Creams      30 Short Haircuts      Top 2014 Hairstyles      Summer Fashion      Coconut Oil

# MORE FROM ELLE

| FASHION WEEK | SHOPPING | ACCESSORIES | BEST DRESSED | STREET STYLE | SUMMER TRENDS |
|---|---|---|---|---|---|
| Fashion Week 2014 | Best Summer Swimwear | 11 Socks with Heels | 2014 Oscars Dresses | NYC Street Style | 18 Best Bucket Bags |
| Summer 2014 Trends | 16 Summer Dresses | White Sneakers You Need | 2014 Golden Globes | London Street Style | Party-Ready Jumpsuits |
| Spring 2014 RTW | One-Piece Swimsuits | Designer Skate Shoes | 2014 MTV Movie Awards | Paris Street Style | How to Wear Eyelet |
| Top Designers | Off-the-Shoulder Dresses | Loafers with an Edge | 2014 Grammys | Milan Street Style | Summer Couture |

| | | | | | |
|---|---|---|---|---|---|
| Subscribe | Customer Service | About Our Ads | Site Map | Newsletter | Privacy Policy |
| Give a Gift | Other Hearst Subscriptions | Media Kit | Contact Us | Events & Promotions | Your California Privacy Rights |
| | Sweepstakes | Press Room | Community Guidelines | Mobile | Terms of Use |

7/8/2014                                50 Dresses Perfect for Spring - Best Spring Dresses - Elle



©2014 Hearst Communications, Inc. All Rights Reserved.

Being Green |

# EXHIBIT L





# EXHIBIT M

Paris, le          1 3 SEP. 2013

Maurice SASSON
23 Yehuda Hanssi
Tel Aviv
69206 ISRAEL

Elie SASSON
23 Yehuda Hanssi
Tel Aviv
69206 ISRAEL

**OFFICIAL**

**REGISTERED LETTER + REGULAR LETTER**

N o ref    :    AP/CJ/LR/HFP 13/90
V y ref    :    -

**Objet/re  :   USA - Hachette Filipacchi Presse J. Yourselves.**

Dear Sirs,

We act for the French company Hachette Filipacchi Presse, a company affiliated to the group LAGARDERE ACTIVE, owner worldwide of the well known trademark ELLE.

In this respect, the impact of the mark with the American Public is considerable, the magazine ELLE existing since 1945 and developed all over the world through 43 editions, being regularly exported throughout the United States through its international editions that circulate worldwide, at the very least over the last 30 years, notwithstanding a wholly dedicated American edition, regularly distributed in United States since 1985, together with multiple derived titles.

ELLE enjoys tremendous media coverage, not only through the press but also through the web, with a similarly strong Internet presence through multiple websites including web sites relaying the 43 editions such as elle.com, ellejewelry.com, elleboutique.fr, elleuk.com with millions of visitors per month as well as web sites dedicated to the promotion and sale of fashion clothing, accessories and beauty products, such as ellepassions.fr, elldmagerie.eu, ellepretaporter.eu.

HACHETTE FILIPACCHI PRESSE is also the owner of a family of trademark registrations ELLE, in a very large number of countries, including the United States, for a wide range of goods and services, the activities and business agreements relating to ELLE being extremely diversified.

5 rue murillo 75008 paris france télécopie - 33 (0)1 4075 0118  telephone - 33 (0)1 5393 6505  palais 152
société d'exercice libéral d'avocats barreau de paris selarl au capital de 10 000 euros rcs paris D 509636429

intellectual property

## OFFICIAL

Indeed, ELLE is widely licensed in the fashion sector for clothes and accessories, specifically with licensee Khol's.

Therefore as a result of the tremendous investments made in relation to the mark, over the years, the mark has gained a strong reputation.

In this respect, we draw your attention to the fact that the trademark ELLE has been recognized as a famous trademark in many countries and particularly the Trademark Trial Appeal Board (decision of 5 September 2008 CHEZ ELLE LINGERIE) but also by the Office of Harmonization for the Internal Market (decisions of 27 April 2007 ELLE ELLE LOL ELLE ; 11 November 2009 ELLE    ELLA VALLEY VINEYARDS [First Board of appeal], 10 November 2010 ELLE / ELLE SUPERSLIMS)

In this context, it has come to our attention the application by yourselves of the trademark ELLE SASSON n° 85835981 in international class 25, in use for clothes as evidenced by your website www.ellesasson.com

Such use and registration will mislead the consumer into conceiving an association or link between you and our client, and may take unfair advantage and or cause detriment to the reputation of our client's earlier mark ELLE, and or may dilute the value of our client's famous trademark.

Indeed, the term ELLE is clearly individualized and maintained separate, from a visual point of view from the word SASSON in view of the caesura made by the space, in such a way that the trademark ELLE is clearly identified in your mark.

So, the consumer could be misled into believing that there is some sort arrangement with you, in view of her policy in this regard, all the more so as our client typically uses her mark ELLE in a series or family of marks with additions such as ELLE MARIAGE, ELLE ACCESSORIES or ELLE PLUS, BISTRO, DECORATION, GIRL or COLLECTIONS.

Therefore, your adoption of a visually and orally identical and or similar trademark is a cause of concern for our client, because the consumer could be misled into believing there is some association with the client's mark as an imposition of or a derivation from or an affiliation to the prior trademarks, or some sort of arrangement with your company in view of the use and reputation of ELLE and its family of trademarks.

Moreover, the consumer could be misled into believing that you are an authorized user and or a licensee and or an affiliated company or that there is some sort of arrangement with you.

Consequently, the present letter serves to notify you that the registration and the use of ELLE SASSON is considered by our client as damaging its exclusivity to ELLE.

Of course, our client reserves any other legal qualification of facts that further information may reveal.

This being said, an amendment to the trademark application and the use in such a way that is read as ELLESASSON without spaces and without the term ELLE being highlighted (typeface, size or color of letters, capital letter ) is perfectly acceptable.

5 rue murillo 75008 paris france   télécopie +33 (0)1 40750118   téléphone +33 (0)1 53956505   palais L52
société d'exercice liberal d'avocats barreau de paris selarl au capital de 10 000 euros 303 paris D 508636429 1

**OFFICIAL**

For these reasons and assuming that you are interested in amicable settlement, please would you :

immediately after the receipt of the present letter, undertake formally and in writing to withdraw the trademark ELLE SASSON n° 8585981 and/or to amend your trademark application to ELLE SASSON without spaces and without the term ELLE being highlighted (typeface, size or color of letters, capital letter . . .) on the relevant evidence of this;

immediately after the receipt of the present letter, undertake formally and in writing, to cease all past and to devise use in the future ELLE SASSON and/or any equivalent sign and/or any other sign confusingly similar to the trademark ELLE, whether as a trademark and/or a trade name and/or a shop sign, and/or a domain name, with your acknowledgment of our client's prior rights.

immediately after the receipt of the present letter, if you decide to amend your trademark application to ELLE SASSON, undertake formally and in writing to always use the trademark ELLE SASSON in only . . . the form of an indivisible whole, in which the terms « ELLE » and « SASSON » are to be presented as one word without spaces, and without the term « ELLE » being highlighted in any manner whatsoever (in terms of its size, color, lettering, capital letter . . .) and under a device which is neither identical nor similar to the ELLE device.

and within a deadline to agreed :

effectively cease all use and to never use in the future ELLE SASSON and/or any equivalent sign and/or any other sign confusingly similar to the trademark ELLE, whether as a trademark and/or a trade name and/or a shop sign, and/or a domain name;

undertake, formally and in writing, that all goods and/or all promotional and/or institutional literature and signage with ELLE SASSON and/or any other equivalent sign and/or any other sign confusingly similar to the trademark ELLE, will be destroyed and in any case will not be reused after the expiration of this deadline, with the relevant evidence of this.

Your response is awaited at the latest within 20 days of the receipt of the present letter.

Please note that if no response is forthcoming within the above stipulated deadline, our client expressly reserves its rights to take the appropriate measures including, where necessary, instituting legal proceedings and/or opposition proceedings.

In accordance with our Bar rules, you may wish to instruct Counsel to represent you for the present matter.

This letter is being sent without prejudice to any claims, courses of action, damages and equitable relief, attorney's fees and/or defenses, all of which are hereby reserved.

Yours sincerely,

casey joly
joly@ipso.pro

5 rue murillo 75008 paris france   télécopie +33 (0)1 40 75 01 18   telephone +33 (0)1 5393 6505   palais L57
société d'exercice liberal d'avocats barreau de paris sefarl au capital de 10.000 euros rcs paris D 50963829.

September 13, 2013

**<u>REGISTERED LETTER</u>**

MAURICE SASSON
23 Yehuda Hanssi
Tel Aviv
69206 Israel

ELLE SASSON
23 Yehuda Hanssi
Tel Aviv 69206 Israel

OBJECT: USA Hachette Filipacchi Presse

Dear Sirs:

We act for the French company Hachette Filipacchi Presse, a company affiliated to the group LAGARDERE ACTIVE, owner worldwide of the well-known trademark ELLE.

In this respect, the impact of the mark with the American Public is considerable, the magazine ELLE existing since 1945 and developed all over the world through 43 editions, being regularly exported throughout the United States through its international editions that circulated world wide at the very least over the last 30 years, notwithstanding a wholly dedicated American edition, regularly distributed in United States since 1985, together with multiple derived titles.

ELLE enjoys tremendous media coverage, not only through the press but also through the web, with a similarly strong internet presence through multiple websites including web sites relaying the 43 editions such as *elle .com, ellejewelry.com, elleboutique.fr, elleuk.com* with millions of visitors per month as well as websites dedicated to the promotion and sale of fashion, clothing, accessories and beauty products, such as *ellepassions.fr, ellelingeries.eu, ellepretaporter.eu.*

HACHETTE FILIPACCHI PRESSE is also the owner of a family of trademark registrations ELLE, in a very large number of countries, including the United States, for a wide range of goods and services, the activities and business agreements relating to ELLE being extremely diversified.

Indeed, ELLE is widely licensed in the fashion sector for clothes and accessories, specifically with licensee Kohl's.

Therefore, as a result of the tremendous investments made in relation to the mark, over the years, the mark has gained a strong reputation.

1

In this respect, we draw your attention to the fact that the trademark ELLE has been recognized as a famous trademark in many countries and particularly the Trademark Trial & Appeal Board (decision of 5 September 2008) CHEZ ELLE LINGERIE) but also by the Office | Harmonization for the Internal Market (decisions of 27 April 2007) ELLE/ELLE LDL ELLE; 11 November 2009, ELLA VALLEY VINEYARDS (First Board of Appeal), 10 November 2010 ELLE/ELLE SUPERSLIMS.

In this context, it has come to our attention the application by yourselves of the trademark ELLE SASSON no. 85855981 in international Class 25, in use for clothes as evidenced by your website www.ellesasson.com

Such use and registration will mislead the consumer into conceiving an association or link between you and our client, and may take unfair advantage and or cause detriment to the reputation of our client's earlier mark ELLE and or may dilute the value of our client's famous trademark.

Indeed, the term ELLE is clearly individualized and maintained separate, from a visual point of view from the word SASSON in view of the _____ made by the space in such a way that the trademark ELLE is clearly identified in your mark.

So, the consumer could be misled into believing that there is some sort arrangement with you, in view of her policy in this regard, all the more so as our client typically uses her mark ELLE in a series or family of marks with additions such as ELLE MARIAGE,ELLE ACCESSORIES, or ELLE PLUS, BISTRO DECORATION GIRL or COLLECTIONS.

Therefore your adaption of a visually and orally identical and/or similar trademark is a cause of concern for our client, because the consumer could be misled into believing there is some association with the client's mark as an _____ of or a derivation from or an affiliation to the prior trademark,  or some sort of arrangement with your company in view of the use and reputation of ELLE and its family of trademarks.

Moreover, the consumer could be misled into believing that you are an authorized user and/or a licensee and/or an affiliated company or that there is some sort of arrangement with you.

Consequently, the present letter serves to notify you that the registration and the use of ELLE SASSON is considered by our client as damaging its exclusivity to ELLE.

Of course, our client reserves any other legal  qualification of facts that further information may reveal.

This being said, an amendment to the trademark application and the use in such a way that is read as ELLESASSON without spaces and without the term ELLE being highlighted (typeface, size to color of letters, capital letter ....) is perfectly acceptable.

First these reasons and assuming that you are interested in amicable settlement please would you:

Immediately after the receipt of the present letter, undertake formally and in writing to withdraw the trademark ELLE SASSON no. 85855981 and/or to amend your trademark application to ELLESASSON without spaces and without the term *ELLE* being highlighted (typeface, size or color of letters, capital letter ...) with the relevant evidence of this.

Immediately after receipt of the present letter, undertake formally and in writing, to cease all use and to never use in the future ELLE SASSON and/or any equivalent sign and/or any other sign confusingly similar to the trademark ELLE, whether as a trademark and/or a trade name and or a shop sign, and or a domain name, with your acknowledgment of our client's prior rights.

Immediately after the receipt of the present letter, if you decide to amend your trademark application to ELLESASSON, undertake formally and in writing to always use the trademark ELLESASSON i.e., only in the form of an indivisible whole, in which the terms "ELLE" and "SASSON" are to be presented as one word without spaces, and without the term "ELLE" being highlighted in any manner whatsoever in terms of its size, color, lettering, capital letter... and under a device which is neither identical nor similar to the ELLE device.

And within a deadline to agreed:

Effectively cease all use and to never use in the future: ELLE SASSON and or any equivalent sign and or any other sign confusingly similar to the trademark ELLE, whether as a trademark and/or a trade name and/or a shop sign and/ or a domain name.

Undertake, formally and in writing that all goods and/or all promotional and or international literature and signage with ELLE SASSON and or any other equivalent sign and/or any other sign confusingly similar to the trademark ELLE, will be destroyed and in any case will not be reused after the expiration of this deadline with the relevant evidence of this.

Your response is awaited at the latest within 20 days of the receipt of the present letter.

Please note that if no response is forthcoming within the above stipulated deadline, our client expressly reserve its right to take the appropriate measures including, where necessary, instituting legal proceedings and or opposition proceedings.

In accordance with our Bar rules you may wish to instruct counsel to represent you for the present matter.

This letter is being sent without prejudice to any claims courses of act ion, damages and equitable relief, attorney's fees and/or defenses, all of which are hereby reserved.


Sincerely,


Casey joly


3

# EXHIBIT N

UNITED STATES PATENT AND TRADEMARK OFFICE
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA  22313-1451**
General Contact Number: 571-272-8500

Mailed:  February 13, 2015

Opposition No. 91215067

Hachette Filipacchi Presse

v.

Maga Team (Hong Kong) Ltd.

Jennifer Krisp, Interlocutory Attorney:

Hachette Filipacchi Presse ("opposer") filed an opposition to an application submitted by Maga Team (Hong Kong) Ltd. ("applicant") to register  the mark ELLE SASSON (standard characters) for "clothing, namely, dresses, pants, jackets, blouses, pant suits, dress suits, slacks, shirts, headwear, belts, skirts, evening gowns, vests, blazers, lingerie" in International Class 25.[1]  Opposer opposes on the grounds of 1) priority and likelihood of confusion pursuant to Trademark Act Section 2(d); and 2) dilution pursuant to Trademark Act Section 43(c); it pleads ownership of several registrations which are or include the mark ELLE, and which cover various goods in International Classes 4, 9, 16, 18, 20, 21, 25 and 26.

---

[1] Application Serial No. 85855981, filed February 21, 2013, based on an allegation of a bona fide intent to use the mark in commerce pursuant to Trademark Act Section 1(b).

Opposition No. 91215067

Before the Board are 1) applicant's January 15, 2015 motion to suspend this proceeding pending the disposition of Civil Action 1:15-cv-00194-VM, which is before the United States District Court for the Southern District of New York (captioned *Elle Sasson, Maga Team (Hong Kong) Ltd., and Elle Moore & G LLC. v. Hachette Filipacchi Presse d/b/a Elle magazine*) ("civil action"), and 2) opposer's motion to extend the close of discovery and remaining dates for sixty days.  The motions are fully briefed.[2]

It is the policy of the Board to suspend proceedings when a party or the parties are involved in a civil action, which may be dispositive of or may have a bearing on the Board proceeding.  The applicable authority, Trademark Rule 2.117(a), provides as follows:

> Whenever it shall come to the attention of the Trademark Trial and Appeal Board that a party or parties to a pending case are engaged in a civil action or another Board proceeding which may have a bearing on the case, proceedings before the Board may be suspended until termination of the civil action or the other Board proceeding.

*See also* TBMP § 510.02(a) (2014); *General Motors Corp. v. Cadillac Club Fashions Inc.,* 22 USPQ2d 1933, 1937 (TTAB 1992).  Suspension of a Board proceeding, pending the final determination of another proceeding, is solely within the discretion of the Board.  S*ee* TBMP § 510.02(a) (2014).

Here, the Board presumes the parties' familiarity with the record, including arguments presented on both motions.

---

[2] Applicant's motion is not double-spaced, as required by Trademark Rule 2.126(a)(1).  The Board may refuse to consider any filing that does not comply with

Opposition No. 91215067

As an initial matter, applicant included, with its reply brief, materials that it did not submit with its motion and brief.  *Cf. Fuji Photo Film Co. v. Jazz Photo Corp.*, 394 F.3d 1368, 73 USPQ2d 1678, 1685 n.4 (Fed. Cir. 2005) (court will not consider arguments raised for the first time in reply brief and not addressed in an opening brief as those arguments are considered to have been waived).  However, in this case, inasmuch as the Board prefers that a motion to suspend under Trademark Rule 2.117(a) pending a civil action include a copy of the operative pleading filed in said action so as to aid it in ascertaining whether suspension is appropriate (*see* TBMP § 510.02(a) (2014)), the Board gives consideration to the materials.

A review of the complaint in the civil action indicates that in that action, applicant requests, inter alia, declaratory judgment under the Trademark Act that its use and registration of the mark ELLE SASSON has not infringed upon or diluted the rights asserted by opposer in the ELLE marks.  Opposer argues that the civil action relates solely to applicant's right to use the ELLE SASSON mark.  Nonetheless, in this opposition the involved application is based on Trademark Act Section 1(b); thus, applicant will be statutorily required to demonstrate actual use of its mark in commerce prior to approval for and issuance of a registration.  Accordingly, the outcome of the civil action could potentially have a bearing on, at a minimum,

---

all applicable rules of procedure, and expects that all future filings in this proceeding will be compliant.

Opposition No. 91215067

applicant's rights in, and specifically its right to use, the ELLE SASSON mark.

Inasmuch as a final determination of this issue in the civil action could have a bearing on the issues that are before the Board, and thus could bear on the outcome of this opposition proceeding, the Board finds that suspension is appropriate. In view of these findings, applicant's motion for suspension pursuant to Trademark Rule 2.117(a) is granted.

This opposition proceeding is <u>suspended</u> pending final disposition of the civil action between the parties.

Turning briefly to opposer's motion to extend the close of discovery, said motion is denied inasmuch as the Board has found that suspension is appropriate. For completeness, with respect to the merits of opposer's motion it is noted that the record does not support opposer's assertion that applicant filed its motion "as a delay tactic so that Applicant does not have to serve its discovery responses" (opposer's brief, p. 2). Nor can the Board assume that applicant filed the civil action as a delay tactic. In the event that the Board resumes this opposition proceeding, opposer may file a renewed motion, as appropriate and timely, to extend discovery, or a motion directed to the discovery issue(s) on which opposer seeks resolution. Opposer shall note, however, that to the extent that it files a motion to compel discovery, any such motion must set forth what efforts opposer has made - *between the time of resumption of this proceeding and the filing of the motion to compel* – which

Opposition No. 91215067

establish a good faith effort to resolve the discovery dispute.  *See* Trademark Rule 2.120(e).

Within <u>twenty days after the final determination of the civil action</u>, the parties shall so notify the Board so that this proceeding may be called up for appropriate action.[3]  Such notification to the Board should include a copy of <u>any final order or final judgment which issued in the civil action</u>.

During the suspension period, the parties must notify the Board of any address changes for the parties or their attorneys.

In addition, the parties are to promptly inform the Board of any other related cases, even if they become aware of such cases during the suspension period.  Upon resumption, if appropriate, the Board may consolidate related Board cases.  *See* TBMP § 511 (2014).

---

[3] A proceeding is considered to have been finally determined when a decision on the merits of the case (*i.e.*, a dispositive ruling that ends litigation on the merits) has been rendered, and no appeal has been filed therefrom, or all appeals filed have been decided.  *See* TBMP § 510.02(b) (2014).